IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DALE BRAMLETT, #303 512, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-377-ALB |
| SHERIFF DONALD VALENZA, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On November 25, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 21). Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

A Final Judgment will be entered separately.

DONE this 10th day of January 2020.

                                             /s/ Andrew L. Brasher
                                             ANDREW L. BRASHER
                                             UNITED STATES DISTRICT JUDGE